﻿Citation Nr: AXXXXXXXX
Decision Date: 06/16/20 Archive Date: 06/16/20

DOCKET NO. 200327-74567
DATE: June 16, 2020

ORDER

The appeal with respect to the proposed termination of the Veteran’s special monthly pension (SMP) benefits is dismissed.

FINDINGS OF FACT

1. In December 2019, the Veteran was granted SMP, effective June 17, 2019.

2. A March 2020 letter notified the Veteran of the proposed termination of his SMP benefits effective July 1, 2019.

3. The proposed termination of the Veteran’s SMP benefits has not been effectuated; there has been no reduction of his benefits.

CONCLUSION OF LAW

There is no case or controversy with respect to the termination of the Veteran’s SMP benefits over which the Board may exercise jurisdiction. 38 U.S.C. § 7105; 38 C.F.R. §§ 20.103, 20.104.

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Veteran served on active duty in the United States Marine Corps from December 1951 to December 1953. His decorations include the National Defense Service Medal, the United Nations Service Medal, and the Korean Service Medal with two Stars.

This matter comes to the Board of Veterans’ Appeals (Board) on appeal from a March 2020 notification letter issued by a Department of Veterans Affairs (VA) Regional Office. The Veteran appealed to the Board, requesting direct review of the evidence considered by the agency of original jurisdiction pursuant to the Appeals Modernization Act (AMA). See March 2020 VA Form 10182; 38 C.F.R. § 20.202(b)(1).

Dismissal of appeal

Under 38 U.S.C. § 7105, the Board may dismiss any appeal that fails to allege specific error of fact or law in the determination being appealed. One of the principal functions of the Board is to make determinations of appellate jurisdiction. 38 C.F.R. § 20.103. The Board may address questions pertaining to its jurisdictional authority to review a particular case. 38 C.F.R. § 20.104(d).

In the present case, a December 2019 rating decision granted the Veteran SMP benefits, effective June 17, 2019. A March 2020 VA letter notified the Veteran that VA proposed to terminate his SMP benefits effective July 1, 2019. He was informed that the adjustment would result in an overpayment of benefits, and that if the proposed decision was implemented, he would be notified of the exact amount of the overpayment.

To date, the proposed termination of the Veteran’s SMP benefits has not been effectuated. Nor has there otherwise been a reduction of his benefits. Because the proposal to stop his SMP benefits is not a final rating action and he is still in receipt of SMP benefits, there is presently no adverse determination underlying the appeal that is ripe for the Board’s consideration. Accordingly, the appeal must be dismissed as a matter of law. 38 U.S.C. § 7105; 38 C.F.R. §§ 20.103, 20.104.

If the proposed termination of benefits is, in fact, effectuated, the Veteran or his representative can initiate another appeal at that time, if he so desires. 

 

DAVID A. BRENNINGMEYER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Ragheb, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.